

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA        :

      -v.-        :

MAURICE PATTERSON,        :
  a/k/a "Pancho,"

          :

         Defendant.

          :

- - - - - - - - - - - - - - - - x

S₂ **10 CRIM.    94**

INDICTMENT

S2 10 Cr.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2|11|10

## COUNT ONE

The Grand Jury charges:

1.     From at least in or about 2002 up to and including in or about February 2010, in the Southern District of New York and elsewhere, MAURICE PATTERSON, a/k/a "Pancho," the defendant, and others known and unknown, unlawfully, intentionally, and knowingly did combine, conspire, confederate, and agree together and with each other to violate the narcotics laws of the United States.

2.     It was a part and an object of the conspiracy that MAURICE PATTERSON, a/k/a "Pancho," the defendant, and others known and unknown, would and did distribute and possess with the intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

3.     The controlled substance involved in the offense was fifty grams and more of mixtures and substances containing a detectable amount of cocaine base, in a form commonly known as

"crack," in violation of Title 21, United States Code, Sections 812, 841(a)(1), and 841(b)(1)(A).

<u>OVERT ACT</u>

4.    In furtherance of the conspiracy, and to effect the illegal object thereof, the following overt act, among others, was committed in the Southern District of New York:

a.    On or about May 1, 2004, MAURICE PATTERSON, a/k/a "Pancho," the defendant, possessed a quantity of "crack" cocaine in the vicinity of 3544 DeKalb Avenue, in the Bronx, New York.

(Title 21, United States Code, Section 846.)

<u>COUNT TWO</u>

The Grand Jury further charges:

5.    From at least in or about 2002 up to and including in or about February 2010, in the Southern District of New York and elsewhere, MAURICE PATTERSON, a/k/a "Pancho," the defendant, unlawfully, willfully, and knowingly, during and in relation to a drug trafficking crime for which he may be prosecuted in a court of the United States, namely, the narcotics conspiracy charged in Count One of this Indictment, did use and carry firearms, and, in furtherance of such crime, did possess firearms, and did aid and abet the use, carrying, and possession of firearms, to wit, handguns, which were discharged.

(Title 18, United States Code, Sections
924(c)(1)(A)(iii) and 2.)

2

## FORFEITURE ALLEGATION AS TO COUNT ONE

6.    As a result of committing the controlled substance offense alleged in Count One of this Indictment, MAURICE PATTERSON, a/k/a "Pancho," the defendant, shall forfeit to the United States, pursuant to 21 U.S.C. § 853, any and all property constituting or derived from any proceeds the said defendant obtained directly or indirectly as a result of the violation and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violation alleged in Count One of this Indictment, including but not limited to a sum in United States currency representing the amount of proceeds obtained as a result of the offense.

### Substitute Assets Provision

7.    If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

> (a)    cannot be located upon the exercise of due diligence;
>
> (b)    has been transferred or sold to, or deposited with, a third party;
>
> (c)    has been placed beyond the jurisdiction of the court;
>
> (d)    has been substantially diminished in value; or

(e)    has been commingled with other property which

cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 21,

United States Code, Section 853(p), to seek forfeiture of any

other property of the defendant up to the value of the above

forfeitable property.

(Title 21, United States Code, Sections 846 and 853.)


_____          _____
FOREPERSON                            PREET BHARARA
                                      United States Attorney


4

Form No. USA-33s-274 (Ed. 9-25-58)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

MAURICE PATTERSON,

Defendant.

## INDICTMENT

(Title 21, United States Code, Sections
812, 841(a)(1), 841(b)(1)(A) and
Title 18, United States Code, Sections
924(c)(1)(A) and (2))

PREET BHARARA
United States Attorney.

**A TRUE BILL**

Foreperson.

2/11/10   Fld Indictment under seal

Pitman, U.S.M.J.

5